UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RALPH NASON | No. 1: 26-cr- 00006-JAW |

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Possession of Firearm by Prohibited Person—Felon)

On about September 18, 2025, in the District of Maine, the defendant,

**RALPH NASON,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is: a Smith & Wesson M&P 380 Shield pistol, bearing serial number RCD5905.

Thus, the defendant violated Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### FORFEITURE NOTICE

1. Upon conviction of the offense in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) set forth in Count One of this Indictment, the defendant,

**RALPH NASON,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United states Code, Section 2461(c), any firearm or ammunition

involved in or used in any knowing commission of the offense. The property to be forfeited includes but is not limited to: Smith & Wesson M&P 380 Shield pistol, bearing serial number RCD5905.

    2. If any of the property described in Paragraph 1 as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant—

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1.

    All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

Date: 1/14/26

_Joel B. Casey_
Assistant United States Attorney